IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **OMEGRA SHIPPING PTE LTD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | Civil No. 20-1748 |
| | ) | |
| **XCOAL ENERGY AND RESOURCES GMBH,** | ) | IN ADMIRALTY |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER APPOINTING SPECIAL PROCESS SERVER**

An application having been made by Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c)(3) of the Federal Rules of Civil Procedure and Rule B of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, wherein Plaintiff requested the Court appoint a member of the firm, or a third party service, who are over the age of 18 and not parties to this action, as a special process server, and award such other and further relief as the Court may deem appropriate in the circumstances, Plaintiff's Motion for an Order Appointing a Special Process Server pursuant to Rule 4(c)(3) and Supplemental Rule B, ECF No. 4, is hereby **GRANTED**.

**IT IS FURTHER ORDERED**, that any agent and/or employee of this firm, or a third-party service, or any other person or organization having authority, who is over the age of 18 and not a party to this action, be and is hereby appointed to serve the Process of Maritime Attachment and Garnishment and Verified Complaint upon garnishee PNC Bank Corp. at a branch location that will accept service.

**IT IS FURTHER ORDERED** that in light of the ongoing national pandemic, a copy of the Process of Maritime Attachment and Garnishment and Order of Maritime Attachment may be served by verifiable electronic means including but not limited to facsimile or e-mail.

**SO ORDERED** this 18th day of November, 2020.

                                                  Marilyn J. Horan
                                                  United States District Judge